473 A.2d 658

Commonwealth v. Jones, Appellant.

Submitted October 3, 1983.  Stephen A. Seidel, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.